JS - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHANA SHAH )<br>)<br>      Plaintiff, )<br>)<br>   vs. )<br>)<br>NATIONAL ENTERPRISE SYSTEMS )<br>and JP MORGAN CHASE BANK, )<br>N.A. )<br>)<br>      Defendants. )<br>)<br>_____) | CASE NO. SACV10-00455-JVS (ANx)<br><br>**ORDER OF DISMISSAL** |

    The Court has reviewed the Stipulation of Plaintiff SHAHANA SHAH and Defendant NATIONAL ENTERPRISE SYSTEMS and JP MORGAN CHASE BANK, N.A. to dismiss with prejudice the above-entitled action, in its entirety. Good cause appearing, the Court orders as follows:

    That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

IT IS SO ORDERED:

DATED: February 9, 2011

_____
UNITED STATES DISTRICT JUDGE

06256.00:171484      1

**ORDER OF DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

06256.00:171484                                    2

**ORDER OF DISMISSAL**